IPP International U.G. Declaration Exhibit A
File Hashes for IP Address 75.13.83.17

**ISP:** AT&T U-verse
**Physical Location:** Cedar Park, TX

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 06/01/2019 18:13:13 | ADFB1EA82C2AA9C892714F71AFA4FBFEE10E88A0 | Kate Pole Dance and Sex Show |
| 02/24/2019 20:10:41 | B002F3E3AA48C55EC5681ADDBB77C07A374F2FAB | Stripshow Sex |
| 02/24/2019 20:05:18 | 9813E1636AC496680E1120A32C18480590EFD2B0 | Threeway Strip Poker |
| 08/24/2018 11:54:04 | 784A6A09789814596260BC84634CB3B056F98A91 | Lovers Quarrel |
| 06/10/2018 14:19:12 | 44BB7079CC0D20E54C2D2ED0DBA016A4B6581F67 | My Sweet Surrender |
| 04/14/2018 01:18:49 | 928D8DCB0112EC8253BB91F9052DE73085F137ED | Sticky and Sweet |
| 03/31/2018 07:04:42 | B8FBCCBA391B2A70F288BF3A85D0D9865AC830F4 | Never Have I Ever Had A Threesome Like This |
| 02/16/2018 04:20:23 | 463F73D49530FC53A05A7D4AC405F14CDB3FF5C9 | Watch Me Cum For You |
| 01/15/2018 10:24:13 | 8FCEE86C24C7C64C94D7C95D0307ADC488C40F8E | Purely Passionate |
| 01/01/2018 05:09:46 | 2483854D7550FE2B2F432D2A88CEC18E2BF98A36 | HOT Coffee |
| 12/15/2017 23:30:41 | C959BAAC15EE99634FBD598034B72EBCBD8EE61B | Five Reasons to Love Sex with Blondes |

**Total Statutory Claims Against Defendant: 11**

EXHIBIT A

WTX44